**SEALED**

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
9/18/17
JULIA C. DUDLEY, CLERK
BY:  s/ K. DOTSON
      DEPUTY CLERK

In the Matter of the Search of )
(Briefly describe the property to be searched )
or identify the person by name and address) )
FACEBOOK USER ID 100014226219562 THAT IS )
STORED AT PREMISES CONTROLLED BY )
FACEBOOK INC. )

Case No. 5:17mj00039

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (identify the person or describe the property to be searched and give its location):

Herein incorporated by reference, see attachment A.

located in the ___Northern___ District of ___California___, there is now concealed (identify the person or describe the property to be seized):

Herein incorporated by reference, see attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is (check one or more):
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. §§ 846  841(a)(1) | knowingly conspired to distribute and distributed methamphetamine, a Schedule II controlled substance. |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Received by reliable electronic means and
Sworn and attested to by telephone.

*Applicant's signature*

Special Agent Matthew Taylor
*Printed name and title*

Xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Date: 9/18/17

*Judge's signature*

City and state: Harrisonburg, VA

Honorable Joel C. Hoppe
*Printed name and title*